UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MOTLEY,

                    Plaintiff,                            No. 05-CV-71064-DT

vs.                                            Hon. Gerald E. Rosen

SECURITAS SECURITY SERVICES USA,
INC., FOREST CITY ENTERPRISES, INC.,
JAMES G. TRASZ and AL WROBLEWSKI,

                    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan
on     August 3, 2006

PRESENT: Honorable Gerald E. Rosen
United States District Judge

This Title VII civil rights matter having come before the Court on the June 19, 2006

Report and Recommendation and June 22, 2006 Supplemental Report and Recommendation

of United States Magistrate Paul J. Komives recommending that the Court grant Defendants'

motions for summary judgment; and Plaintiff having timely filed objections to which

objections Defendants have replied; and the Court having reviewed the Magistrate Judge's

Report and Recommendation, Supplemental Report and Recommendation, Plaintiff's

objections, Defendants' replies, and the Court's entire file of this action, and having

concluded that, for the reasons stated by the Magistrate Judge, Defendants' motions should

be granted and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 18, 2006 and Supplemental Report and Recommendation of June 22, 2006 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation, Defendants' Motions for Summary Judgment (Dkt. Nos. 38 and 39) be, and hereby are, GRANTED. Accordingly, Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  August 3, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2006, by electronic and/or ordinary mail.

s/V. Sims for LaShawn R. Saulsberry
Case Manager